COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-10-009-CV

FORT WORTH BEAUTY SCHOOL, INC.
 
APPELLANT

V.

RICHARD MILBURN ACADEMY
 APPELLEE

 
 

----------

FROM COUNTY COURT AT LAW NO. 2
 OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellant’s Motion To Dismiss With Prejudice.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 
Tex. R. App. P.
 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue.  
See 
Tex. R. App. P.
 
42.1(d).

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED:  March 25, 2010

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.